# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

DAVID RAYMOND ANDREWS,

               Plaintiff,

    v.

J. AURELIO, et al.,

               Defendants.

_____/

CASE NO. 1:11-cv-00770-GBC (PC)

ORDER STRIKING PLAINTIFF'S MOTION FOR RECONSIDERATION
(Doc. 5)

Plaintiff David Andrews, ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action seeking relief under 42 U.S.C. § 1983.  On May 19, 2010, Plaintiff's case was transferred to the Northern District.  On June 3, 2011, Plaintiff filed an "objection" to the transfer which the Court construes as a motion for reconsideration.  (Doc. 5).  To the extent the case was transferred in error due to a misreading of Plaintiff's allegations and exhibits, the Northern District of Califonia has sole jurisdiction to take any action it deems appropriate.  Accordingly, IT IS HEREBY ORDERED that:

    1.    Plaintiff's motion for reconsideration, filed June 3, 2011, is STRICKEN; and

    2.    The Clerk's Office is directed to serve the Northern District with a courtesy copy.

IT IS SO ORDERED.

Dated:   June 7, 2011

                                UNITED STATES MAGISTRATE JUDGE

1